FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2008 APR 17 PM 1:54
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>JESUS NERI, a/k/a "Andres Aleman", )<br>CAROLINA BAZA, )<br>RAMIRO PADILLA, )<br>VANCE TAFT, )<br>CHARLES GRAHAM, )<br>JIMMY WHITE, )<br>DELBERT DAVIS, )<br>BILLY EUGENE SANFORD, )<br>GREG DOUGLAS, )<br>ELIAS MAJIA, and )<br>FELIPE HERNANDEZ ) | CASE NO.: CR507-15 |

## ORDER

The Court has been advised that all motions filed by Jesus Neri have been resolved by the parties.

Accordingly, all such resolved motions are hereby **DISMISSED** as moot.

**SO ORDERED**, this ___17th___ day of April, 2008.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)